**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 526 MAL 2023

                     Respondent   :

                              :   Petition for Allowance of Appeal
                              :   from the Order of the Superior Court

           v.   :

  :

  :

REYNALDO FIGUEROA-ARDON,   :

  :

            Petitioner   :

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 9th day of April, 2024, the Petition for Allowance of Appeal is **DENIED**.